**Order entered January 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01583-CV

**SEBASTIAN LOMBARDO, Appellant**

**V.**

**SHOUVIK BHATTACHARYYA, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC13-00133**

## ORDER

We **GRANT** appellant's January 29, 2014 unopposed motion to supplement clerk's record and **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file a supplemental record containing a copy of the trial court's November 6, 2013 "order on defendant Sebastian Lombardo's objection to plaintiff's supplemental petition and findings of fact and conclusions of law related to the claims in the supplemental petition, and [request for] additional findings of fact and conclusions of law related to [Lombardo's] verified special appearance." The record shall be filed no later than February 3, 2014. We further **ORDER** appellant to file his brief no later than February 10, 2014.

We **DIRECT** the Clerk of the Court to send a copy of this order via electronic transmission to Gary Fitzsimmons and all parties.


/s/     ELIZABETH LANG-MIERS
JUSTICE